UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

Removed from Jefferson Circuit Court
Civil Action No.  19-CI-002797

| | |
|---|---|
| KATHLEEN TAYLOR, | ) |
| Plaintiff, | ) |
| v. | ) Action No.: 3:19-cv-441-GNS |
| CAL TEX TRANSPORTATION, INC., | ) Judge Chief Judge Greg N. Stivers |
| AND | ) Magistrate |
| LUIS M. GALVAN, | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, Defendant Cal Tex Transportation, Inc., removes to the U.S. District Court for the Western District of Kentucky, Louisville Division, the action styled *Kathleen Taylor v. Cal Tex Transportation, Inc., et al.,* Civil Action No. 19-CI-002797, which is currently pending before the Jefferson Circuit Court, Jefferson County, Kentucky. In support of its Notice of Removal, Defendant states:

1.  On or about May 7, 2019, Plaintiff Kathleen Taylor filed a Complaint in the Jefferson Circuit Court, bearing Civil Action No. 19-CI-002797.

2. Plaintiff Kathleen Taylor is, and was at all times relevant to this litigation, a resident of the Commonwealth of Kentucky. *See* Complaint, at ¶ 1.

3. Defendant Cal Tex Transportation, Inc. ("Cal Tex"), is a corporation organized and existing under the laws of the State of Texas with a principal place of business in Houston, Texas.

4. Cal Tex was served with a copy of the Summons and Complaint on or about May 31, 2019, via certified mail.

5. Defendant Luis M. Galvan is an individual who is a citizen of the State of Texas. *See* Complaint, at ¶ 2. Defendant Luis M. Galvan has not been served with process.

6. Because Defendant Luis M. Galvan has not yet been served with process, he is not required to provide consent for removal. *Brierly v. Alusuisse Flexible Packaging, Inc.,* 184 F.3d 527, 533 n.3 (6th Cir. 1999).

7. This action is one that Defendant Cal Tex may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) because it is an action between citizens of different states.

8. Though Plaintiff's Complaint does not identify a specific amount of damages, Plaintiff counsel refused to stipulate his client's damages in this litigation will be less than $75,000.00, exclusive of interest and costs. Accordingly, on information and belief the amount in controversy in this litigation, exclusive of interest and costs, is greater than $75,000 and exceeds the jurisdictional threshold required by 28 U.S.C. §1332(a).

9. This Notice of Consent to Removal is filed within thirty (30) days after Cal Tex was served and/or received the Complaint and Summons as required by 28 U.S.C. § 1446(b).

WHEREFORE, Defendant Cal Tex Transportation, Inc., removes this action to the United States District for the Western District of Kentucky at Louisville.

                                           Respectfully submitted,

                                           */s/ William T. Donnell*
                                           William T. Donnell
                                           Richard V. Evans
                                           WHITTENDONNELL
                                           700 N. Hurstbourne Pkwy
                                           Suite 112
                                           Louisville, KY 40222
                                           P: 502-430-1016
                                           F: 502-430-1083
                                           wdonnell@louisvillecounsel.com
                                           revans@louisvillecounsel.com
                                           *Counsel for Defendant Cal Tex Transportation, Inc.*

## **CERTIFICATE OF SERVICE**

    I certify that on the 18th day of June, 2019, I served a copy this Notice of Removal via U.S. Mail, postage prepaid, on the following counsel of record:

T. PAUL CHUMBLEY
Isaacs & Isaacs, PSC
1601 Business Center Ct.
Louisville, KY 40299
*Counsel for Plaintiff*

                                          /s/ William T. Donnell
                                          *Counsel for Defendants*