Filed        19-CI-002797   05/07/2019      David L. Nicholson, Jefferson Circuit Clerk
A true copy attest   19-CI-002797   05/07/2019      /s/David L. Nicholson, Jefferson Circuit Clerk

NO. _____

JEFFERSON CIRCUIT COURT
DIVISION _____ ( )
JUDGE _____

KATHLEEN TAYLOR     PLAINTIFF

v.

**COMPLAINT**
*ELECTRONICALLY FILED*

CAL TEX TRANSPORTATION, INC     DEFENDANTS
6650 SIGNAT DRIVE
HOUSTON, TEXAS 77041

    SERVE:    MARIO GARCIA
                     13626 MANSOR DRIVE
                     HOUSTON, TEXAS 77041

-and-

LUIS M. GALVAN
20534 FAIRWORTH PLACE LANE
CYPRESS, TEXAS 77433

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

Comes the Plaintiff, Kathleen Taylor, by and through counsel, for her complaint and causes of action against the Defendants, hereby states as follows:

## FACTS

1. Plaintiff, Kathleen Taylor, is, and was at all times relevant herein, a resident of Louisville, Jefferson County, Kentucky.

2. That at all times herein mentioned, Luis M. Galvan (Galvan), was an allegedly legal licensed driver in the Commonwealth of Kentucky operating a tractor trailer owned by, or otherwise controlled by, Defendant, Cal Tex Transportation, Inc. (Cal Tex). Upon information and belief, Galvan is a resident of Cypress, Harris County, Texas.

3. That Cal Tex, at all times herein mentioned, was the owner, or otherwise in control, of a tractor trailer being operated, maintained, or controlled by its agent, servant, and/or employee

Presiding Judge: HON. BARRY WILLETT (630175)
Package : 000003 of 000005

Filed                    19-CI-002797   05/07/2019         David L. Nicholson, Jefferson Circuit Clerk
A true copy attest       19-CI-002797   05/07/2019         /s/David L. Nicholson, Jefferson Circuit Clerk

Garcia. Upon information and belief, Cal Tex's principal office is located at 6650 Signat Drive, Houston, Texas 77041. Its Registered Agent is Mario Garcia, 13626 Mansor Drive, Houston, Texas 77041.

4. That on or about August 17, 2018, Plaintiff travelled westbound along Interstate 264 in Louisville, Jefferson County, Kentucky when Galvan, who was then and there acting in his individual capacity, and as an agent, servant, and/or employee of Cal Tex, negligently and carelessly collided his tractor trailer into the Plaintiff's vehicle, causing serious personal injury to the Plaintiff.

5. That Cal Tex's actions, or lack thereof, with respect to the hiring, retention, contracting, use and/or establishment of agency relationship with Defendant Galvan, or any other entity for which he served as an agent, servant or representative, constituted negligent hiring, entrustment, retention, and/or supervision, as well as made it vicariously liable.

6. That Cal Tex knew, or should have known, that its agents, employees, representatives, and/or contractors had to follow all applicable statutes and regulations.

7. That Cal Tex knew, or should have known, to implement policies and procedures to ensure its agents, employees, representatives and/or contractors had to follow all applicable statutes and regulations.

8. That Cal Tex knew, or should have known, to act reasonably under similar circumstances for the transport of goods over the road and across state lines.

9. That Cal Tex failed to implement, publish, or otherwise convey policies and procedures to its agents, employees, representatives, and/or contractors.

10. That Cal Tex, individually, and by and through its agents, assigns, servants, and/or representatives, breached its duties.

2

Presiding Judge: HON. BARRY WILLETT (630175)

Filed              19-CI-002797   05/07/2019        David L. Nicholson, Jefferson Circuit Clerk
A true copy attest 19-CI-002797   05/07/2019        /s/David L. Nicholson, Jefferson Circuit Clerk

11. The negligence of Defendant Galvan, individually, and/or as an agent within the course and scope of agency, servitude and/or employment with Defendant, Cal Tex, was a substantial factor in causing the Plaintiff to sustain painful and permanent injuries, to incur medical expenses both past and future, to lose time and income from her employment, to incur the permanent impairment of her power to labor and earn money, and to incur pain and suffering, both body and mind, from the time of the incident to the present and in the future, all of which are in excess of the minimal jurisdictional limits of this Court.

**WHEREFORE**, Plaintiff, by counsel, demands as follows:

1. Judgment against Defendants for their own actions, and actions by their agents, servants, and/or employees, in a fair and reasonable amount to compensate Plaintiff for any and all allowable claims of damages under the laws of the Commonwealth of Kentucky, as well as all other damages herein alleged;

2. Trial by jury;

3. Costs herein incurred;

4. All just and proper relief to which Plaintiff may appear entitled, including the right to amend this Complaint.

Respectfully submitted,
**ISAACS & ISAACS, P.S.C.**

*/s/ T. Paul Chumbley*
T. PAUL CHUMBLEY
1601 Business Center Court
Louisville, KY 40299
paul@isaacsandisaacs.com
Telephone: (502) 458-1000
Facsimile: (502) 785-7567
*Counsel for Plaintiff*

Package:000005 of 000005
Presiding Judge: HON. BARRY WILLETT (630175)
Package: 000005 of 000005

NOT ORIGINAL DOCUMENT
06/18/2019 09:09:06 AM
84941

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **19-CI-002797**<br>Court:    **CIRCUIT**<br>County:  **JEFFERSON Circuit** |

*Plantiff,* **TAYLOR, KATHLEEN VS. CAL TEX TRANSPORTATION, INC., ET AL**, *Defendant*

TO:  **MARIO GARCIA**
    **13626 MANSOR DRIVE**
    **HOUSTON, TX 77041**

Memo: Related party is CAL TEX TRANSPORTATION, INC.

The Commonwealth of Kentucky to Defendant:
**CAL TEX TRANSPORTATION, INC.**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Davis L. Nicholson*
Jefferson Circuit Clerk
Date: **5/7/2019**

Presiding Judge: HON. BARRY WILLETT (630175)

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20_____        _____
                                                          Served By

                                                  _____
                                                          Title

Summons ID: @00000908992
CIRCUIT: 19-CI-002797 Long Arm Statute – Secretary of State
TAYLOR, KATHLEEN VS. CAL TEX TRANSPORTATION, INC., ET AL



Page 1 of 1

eFiled

NOT ORIGINAL DOCUMENT
06/18/2019 09:08:18 AM
84941

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI  Rev. 9-14  Commonwealth of Kentucky  Court of Justice   *Courts.ky.gov*  CR 4.02; Cr Official Form 1 |   **CIVIL SUMMONS** | Case #: **19-CI-002797**  Court:    **CIRCUIT**  County: **JEFFERSON Circuit** |

*Plantiff,* **TAYLOR, KATHLEEN VS. CAL TEX TRANSPORTATION, INC., ET AL**, *Defendant*

TO:   **LUIS M. GALVAN**
       **20534 FAIRWORTH PLACE LANE**
       **CYPRESS, TX 77433**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*/s/ David L. Nicholson*
Jefferson Circuit Clerk
Date: **5/7/2019**

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20____        _____
                                 Served By

                                 _____
                                 Title

Summons ID: @00000908991
CIRCUIT: 19-CI-002797 Long Arm Statute – SOS - Restricted Delivery
TAYLOR, KATHLEEN VS. CAL TEX TRANSPORTATION, INC., ET AL



Page 1 of 1

*Presiding Judge:* HON. BARRY WILLETT (630175)
CI : 000001 of 000001

eFiled